IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANKLIN DELANO ACOFF, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) | CIVIL ACTION NO. 13-0463-CG-M |
| WILLIE THOMAS, | ) ) ) | |
| Respondent. | ) | |

**ORDER**

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the habeas petition is **DENIED** and that this action is **DISMISSED**. It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 14th day of February, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE