# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| FRANKLIN DELANO ACOFF, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 13-0463-CG-M |
| WILLIE THOMAS, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent Willie Thomas and against Petitioner Franklin Delano Acoff.

**DONE and ORDERED** this 14th day of February, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE